# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00612-CV

### In re Elderidge Vanderhorst Hills

### ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

We deny the petition for writ of mandamus filed by Elderidge Vanderhorst Hills.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed:  October 1, 2010